**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KASSWINN DELLUNA,**<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**BRINK'S, INC.,** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 14-CV-0727 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; REQUIRING COMPLIANCE WITH INITIAL DISCOVERY PROTOCOLS; SETTING TENTATIVE PRETRIAL AND TRIAL SCHEDULE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Having read and considered the parties' joint case management statement (Dkt. No. 9), the Court **ORDERS** the following:

1. The Case Management Conference set for May 19, 2014 is vacated.

2. The parties shall comply with the Court's Pilot Program for Initial Discovery Protocols for Employment Cases Alleging Adverse Action. The deadline for compliance is **June 9, 2014**.

3. The Court advises the parties of the following *tentative* pretrial and trial schedule. If any party seeks modification of this tentative schedule, said party shall first meet and confer with opposing counsel and then either (a) file a stipulation and proposed order seeking Court approval of the parties' proposed modifications, or (b) file a single, **joint** statement briefly identifying the issues for which the parties seek judicial intervention and requesting a case management conference on the Court's 2:00 p.m. calendar on Monday, June 2, 2014. Any stipulation or joint statement shall be filed no later than **May 23, 2014**. Unless the parties timely file the foregoing stipulation or joint statement, the tentative schedule set forth below shall take effect without further order of the Court.

**(TENTATIVE) PRETRIAL & TRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 8/25/14 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT-SPONSORED MEDIATION, TO BE COMPLETED BY: | 7/14/14 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 5/14/14 |
| NON-EXPERT DISCOVERY CUTOFF: | 11/4/14 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 9/29/14<br>Rebuttal: 10/13/14 |
| EXPERT DISCOVERY CUTOFF: | 11/4/14 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 1/27/15<br>Motion filed by 12/2/14<br>Opposition filed by 12/16/14<br>Reply filed by 1/13/15 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, 3/20/15 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 3/27/15 |
| PRETRIAL CONFERENCE: | Friday, 4/10/15 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, 4/27/15 at 8:30 a.m. for 5 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, March 20, 2015 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

Parties are advised that, while the Court set a trial date in this action, the trial date may be advanced if the calendar opens.  Said trial date will not be sooner than eight (8) weeks after the close of discovery.

Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be sought pursuant to a separate request.  The parties are directed to submit a **joint** proposed order to the Court within five (5) business days following the date of the Case Management Conference which sets forward the modifications.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

**Date:** May  14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**