**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KASSWINN DELLUNA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**BRINK'S, INC.,** *et al.***,**<br><br>    **Defendants.** | Case No.: 14-CV-0727 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the certification of the mediator in this case (Dkt. No. 19), that the above-captioned case has settled in its entirety. Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on the Court's 9:01 a.m. calendar on Friday, **October 10, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page Joint Statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

**Date:** September 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**