**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KASSWINN DELLUNA,** | Case No.:  **14-CV-0727 YGR** |
| **Plaintiff,** | **ORDER CONTINUING COMPLIANCE HEARING** |
| vs. | |
| **BRINK'S, INC.,** *et al.*, | |
| **Defendants.** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon defendants' representations, that the parties have finalized settlement terms but require additional time to execute the settlement agreement before they can file a stipulation of dismissal. (Dkt. No. 21.)  Accordingly, the compliance hearing scheduled for October 10, 2014, is **CONTINUED** to Friday, October 31, on the Court's **9:01 a.m.** calendar in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have timely submitted a joint statement.  The Court notes that plaintiff failed to comply with its 9/4/2014 Order.  (Dkt. No. 20.)  Such failure by either party may result in sanctions in the future.

This Order terminates Dkt. No. 21.

**IT IS SO ORDERED**.

Dated: October 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**