**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KASSWINN DELLUNA,**<br>    **Plaintiff,**<br>vs.<br>**BRINK'S, INC.,** *et al.***,**<br>    **Defendants.** | Case No.:  14-CV-0727 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court understands, based upon the parties' representations, that the parties have finalized settlement terms but require some additional time to execute a settlement agreement.  (Dkt. No. 25.) Accordingly, the compliance hearing scheduled for December 5, 2014, is **CONTINUED** to Friday, **January 2, 2015**, on the Court's **9:01 a.m.** calendar in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

By **December 22, 2014**, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have timely submitted a joint statement.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: December 2, 2014

                                          **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**